```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                  :
UNITED STATES OF AMERICA
                                                  :      ORDER OF
        - v. -                                           RESTITUTION
                                                  :
GERARD CANINO,                                           11 Cr. 655 (PGG)
                                                  :
                Defendant.
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Matthew Weinberg, Assistant United States Attorney, of counsel; the presentence report; GERARD CANINO, the Defendant's, conviction on Count One of the above Indictment and all other proceedings in this case, it is hereby ORDERED that:

**1.     Amount of Restitution.** GERARD CANINO, the Defendant, shall pay restitution in the total amount of $9,219,387 to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to the victims are set forth in the Schedule of Victims and Restitution attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2.     Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all restitution paid by the Defendant and/or others in this matter.

**3.     Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims

attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
       August 25, 2021

*Paul S. Gardephe*
_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

| United States v. Canino, 11 Cr. 655 (PGG): Schedule of Victims and Restitution | | |
|---|---|---|
| **Transaction** | **Actual Loss** | **Victim Bank** |
| 102-34 85th Rd. (Gachette) | 300,000 | Chase, Attn: Restitution Dept, 875 Saw Mill River Rd, Ardsley, NY 10502 |
| 104-19 188th St. (Wagner) | 115,000 | HSBC, Attn: Restitution Payments. 452 5th Avenue, New York, NY 10018 |
| 1045 McKinley St. (Adams) | 159,500 | Chase, Attn: Restitution Dept, 875 Saw Mill River Rd, Ardsley, NY 10502 |
| 1045 McKinley St. (Adams) | 238,015 | BNC Mortgage, Legal Dept, P.O. Box 1883, Scottsbluff, CA 69363 |
| 1051 Teller Ave. (Belt) | 300,000 | GMAC Mortgage, LLC, email VNfromDOJ@ally.com |
| 105-27 191st St. (Belt) | 475,000 | Peoples Choice Mortgage, Office Manager, 1750 Weir Drive, Woodbury, MN 55125 |
| 110 Taft Ave. (Walsh) | 380,400 | CitiMortgage Inc., Fraud Dept, 1000 Technology Dr MS321, O'Fallon, MO 63368 |
| 1130 Elizabeth St. (Bacon) | 126,400 | Bank of America, Attn: Restitution Dept, 5710 Horatio St, Utica, NY 13502 |
| 117-37 193rd St. (Carter) | 55,000 | Chase, Attn: Restitution Department. 875 Saw Mill River Road, Ardsley, NY 10502 |
| 120 Lawson Ave. (Delgiorno) | 149,200 | Morgan Stanley & Co., Restitution Dept, 1221 Avenue of the Americas, New York, NY 10020 |
| 120 Mohawk Dr. (Russo) | 260,000 | Wells Fargo, Attn: Fraud Investigations, 7000 Vista Drive, West Des Moines, Iowa 50266 |
| 131 Ponquogue Ave. (Murillo) | 358,000 | Beltway Capital LLC, 11350 McCormick Rd Suite 902, Hunt Valley, MD 21031 |
| 14 The Drawbridge (Canino) | 200,800 | GMAC Mortgage, LLC, email VNfromDOJ@ally.com |
| 14 The Drawbridge (Canino) | 50,200 | Bank of America,Attn: Restitution Department.5710 Horatio Street, Utica, NY 13502 |
| 1722 Porter Pl. (Hernandez) | 255,200 | CitiMortgage Inc., Fraud Dept, 1000 Technology Dr MS321, O'Fallon, MO 63368 |
| 1722 Porter Pl. (Hernandez) | 63,800 | Chase, Attn: Restitution Department. 875 Saw Mill River Road, Ardsley, NY 10502 |
| 214 E. Market St. (Florio) | 43,162 | Wells Fargo, Attn: Fraud Investigations, 7000 Vista Dr, West Des Moines, IA 50266 |
| 22 Clarion Ct. (D'Alessio) | 43,333 | Peoples Choice Mortgage, Office Manager, 1750 Weir Drive, Woodbury, MN 55125 |
| 22 Clarion Ct. (D'Alessio) | 43,333 | Residential Funding Co. LLC, 8400 Normandale Lake Blvd, Ste. 350, Bloomington, MN 55437 |
| 22 Clarion Ct. (D'Alessio) | 43,333 | Ocwen Loan Servicing, 1661 Worthington Road #100, West Palm Beach, FL 33409 |
| 221 Frankel Ave. (Delgiorno) | 259,500 | Bank of America,Attn: Restitution Department.5710 Horatio Street, Utica, NY 13502 |
| 221-32 106th Ave. (Laguerre) | 88,560 | Bank of America, Attn: Restitution Dept, 5710 Horatio St, Utica, NY 13502 |
| 221-32 106th Ave. (Laguerre) | 22,680 | Chase, Attn: Restitution Dept, 875 Saw Mill River Rd, Ardsley, NY 10502 |
| 2286 Light St. (Bacon) | 182,340 | Chase, Attn: Restitution Dept, 875 Saw Mill River Rd, Ardsley, NY 10502 |
| 2414 Second St. (Delgiorno) | 252,000 | Saxon Mortgage Services, Inc., Attn: Christy Lindsey. PO BOX 540838, Los Angeles, CA 90054 |
| 2414 Second St. (Delgiorno) | 63,000 | Novastar, Legal Dept., 8140 Ward Parkway, Ste. 300, Kansas City, MO 64114 |
| 2457 Glebe Ave. (Carter) | 265,000 | Chase, Attn: Restitution Dept, 875 Saw Mill River Rd, Ardsley, NY 10502 |
| 2683 S. St. Marks (Ruderman) | 68,000 | GMAC Mortgage, LLC, email VNfromDOJ@ally.com |
| 3 Northfield Rd. (Dimaggio) | 352,588 | Chase, Attn: Restitution Department. 875 Saw Mill River Road, Ardsley, NY 10502 |
| 30 Sherrard (Conti) | 392,000 | Chase, Attn: Restitution Department. 875 Saw Mill River Road, Ardsley, NY 10502 |
| 30 Sherrard (Conti) | 98,000 | GMAC Mortgage, LLC, email VNfromDOJ@ally.com |
| 322 56th St. (Dimaggio) | 177,600 | National City Mortgage Co., Payments Dept, PO Box 8800, Dayton, OH 45401 |
| 322 56th St. (Dimaggio) | 44,400 | National City Bank, Office Manager, 1900 E. 9th St., Cleveland, OH 44114 |
| 368 Frankel Blvd. (Delgiorno) | 505,795 | Chase, Attn: Restitution Dept, 875 Saw Mill River Rd, Ardsley, NY 10502 |
| 417 Nuber Ave. (Delgiorno) | 123,200 | US Bank, Attn: Restitution Payments. 800 Nicolette Mall, Minneapolis, MN 55402 |
| 417 Nuber Ave. (Delgiorno) | 30,800 | Bank of America,Attn: Restitution Department.5710 Horatio Street, Utica, NY 13502 |
| 418 Brookside Ct. (Conti) | 210,000 | Chase, Attn: Restitution Dept, 875 Saw Mill River Rd, Ardsley, NY 10502 |
| 430 Montauk Hwy. (Torres) | 253,468 | HSBC, Attn: Restitution Payments. 452 5th Avenue, New York, NY 10018 |
| 44 Union St. (Rick) | 146,280 | Ocwen Loan Servicing, 1661 Worthington Road #100, West Palm Beach, FL 33409 |
| 48 Scott Dr. (Alexander) | 107,000 | Wells Fargo, Attn: Fraud Investigations, 7000 Vista Dr., West Des Moines, IA 50266 |
| 55 E. Hudson (Delgiorno) | 307,400 | Saxon Mortgage Services, Inc., Attn: Christy Lindsey, PO Box 540838, Los Angeles, CA 90054 |
| 55 E. Hudson (Delgiorno) | 76,850 | Chase, Attn: Restitution Dept, 875 Saw Mill River Rd, Ardsley, NY 10502 |
| 6 Coral Dr. (Chiappone) | 110,000 | GMAC Mortgage, LLC, email VNfromDOJ@ally.com |
| 6258 80th Rd. (Berger) | 108,000 | Wells Fargo, Attn: Fraud Investigations, 7000 Vista Drive, West Des Moines, Iowa 50266 |
| 64 Stonehurst Ln. (Adler) | 243,500 | IndyMac Bank, FDIC-Receiver, 1601 Bryan St., MS 13.01, Dallas, TX 75201 |
| 690 Kildare Cr. (Adler) | 208,000 | Wells Fargo, Attn: Fraud Investigations, 7000 Vista Dr, West Des Moines, IA 50266 |
| 691 Broadway (Delgiorno) | 224,000 | HSBC, Attn: Restitution Payments. 452 5th Ave, New York, NY 10018 |
| 691 Broadway (Delgiorno) | 56,000 | Wells Fargo, Attn: Fraud Investigations, 7000 Vista Dr., West Des Moines, IA 50266 |
| 8 State St. (Zelaya) | 183,750 | Chase, Attn: Restitution Department. 875 Saw Mill River Road, Ardsley, NY 10502 |
| 99 Dupont St. (Faltz) | 400,000 | Wells Fargo, Attn: Fraud Investigations, 7000 Vista Drive, West Des Moines, Iowa 50266 |
| TOTALS | 9,219,387 | |